# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Mrs. Eyekeyla My. C. Washington
OCA# 122409

[You are the PLAINTIFF, print your full name on this line.]

v.

St. Joseph County Jail
Classification Dept.
Officer: Kalowski

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 3:22-cv-772

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

# PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] St. Joseph County Jail | 401 W. Sample Street South Bend Ind. 46601 |
| 2 | [Put the names of any other defendants in these boxes.] Classification Department | 401 W. Sample Street South Bend Ind. 46601 |
| 3 | Officer: Kalinski Deputy: Kawniski | 401 W. Sample Street South Bend Ind. 46601 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__

2. What is the name and address of your prison or jail? St. Joseph County Jail
Address: 401 W. Sample Street South Bend Ind. 46601

3. Did the event you are suing about happen there? ●Yes.  ○No, it happened at: _____

4. On what date did this event occur? September 6, 2022

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

#1. Discrimination; Neglect of Classification Housing; 8th Amendment violation; 14th Amendment violation; 4th Amendment violation; Defamed;

#2) A moderate Detainee of STCJ who's been violated priue times over and over again emotionally distressed because of Homphybic staff member and Detainee of STJ. I've been mistreated to the fullest extend leaving me no choice but to Demand a Suit of 900,000 American United States currency. Classification officer Kawaiski has violated all captioned above and no reasonings for the affected rights. Classification has abandoned and deprived my Rights because in gender dysphoria a Transgender who stands up accordingly to take care of herself as the weight on her back gets heavier and heavier. I am suffering from Neglect here at STCJ. The Reason why is there's lack of acceptance towards humanality of gender dysphoria. I put in writ Classification Department has violated every Captilized Amendment in Court(#1).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)

**Claims and Facts (continued)**

leaving me written. Under penalties for perjury the Representation is True and Foregoing informations thats Correct.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

page 3

5. When did this event happen?
   ○ Before I was confined.
   ● While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _Copies_ _Internal Affairs 701 W. Sample Street South Bend Indiana 46601_

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   _For Classification to Review situations Before. Cruel and unusual punishment. 900,000 United States of America Currency punitive damage Relief_

[Initial Each Statement]
_EMCW_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_EMCW_ I will keep a copy of this complaint for my records.
_EMCW_ I will promptly notify the court of any change of address.
_EMCW_ I WILL NOT send more than one copy of any filing to the court.
_EMCW_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_EMCW_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _9_/_7_/20_22_ at _8_ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Mrs. Eyekeyla My Carruthers Washington_                                          _122404_
**Signature**                                                                        **Prisoner Number**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]